UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF FLORIDA: Attorney: KEITH D. SILVERSTEIN, P.A.
MIAMI DIVISION

CARLO SERRANO

Plaintiff(s)

Index # 12-CV-24367-FAM

- against -

GEORGE H. HENRY III, ETANO

Defendant(s)

File # 200 (WC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 21, 2014 at 06:05 PM at

1725 YORK AVENUE
APT. 4F
NEW YORK, NY 10128

deponent served the within PLAINTIFF'S MOTION FOR ORDER SUBSTITUTING DECEASED DEFENDANT'S PERSONAL REPRESENTATIVES AS DEFENDANTS AND FOR CONTINUANCE OF* on GEORGE H. HENRY, III therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to CARLOS SMITH a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the DOORMAN of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 45 | 5'11 | 220 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

1725 YORK AVENUE
APT. 4F
NEW YORK, NY 10128

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 22, 2014 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

PERSON REFUSED TO ALLOW YOUR DEPONENT ACCESS INTO SAID BUILDING.

*ACTION, COMPLAINT AND DEMAND FOR TRIAL, ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSED

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 22, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

**ANDRE MEISEL**
License #: 1372356
Invoice #: 610602

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF FLORIDA:    Attorney:  KEITH D. SILVERSTEIN, P.A.
MIAMI DIVISION

CARLO SERRANO

                               Plaintiff(s)

                          Index # 12-CV-24367-FAM

- against -

GEORGE H. HENRY III, ETANO

                             Defendant(s)

File # 200 (WC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 21, 2014 at 06:05 PM at

1725 YORK AVENUE
APT. 4F
NEW YORK, NY 10128

deponent served the within PLAINTIFF'S MOTION FOR ORDER SUBSTITUTING DECEASED DEFENDANT'S PERSONAL REPRESENTATIVES AS DEFENDANTS AND FOR CONTINUANCE OF* on GEORGE H. HENRY, III therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to CARLOS SMITH a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the DOORMAN of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 45 | 5'11 | 220 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

1725 YORK AVENUE
APT. 4F
NEW YORK, NY 10128

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 22, 2014 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

PERSON REFUSED TO ALLOW YOUR DEPONENT ACCESS INTO SAID BUILDING.

*ACTION, COMPLAINT AND DEMAND FOR TRIAL, ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSED

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 22, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANDRE MEISEL |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 610602 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY, 10007 (212) 619-0728 NYCDCA#1102045