June 6, 2013

## TIME SHEET

TO:   George Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review

| <u>Date</u> | <u>Description for Attorney de la Cabada</u> | |
|---|---|---|
| | All communications prior to initial mtg on 5/20/13 | NC |
| 05/20/13 | Initial mtg attended by Atty de la Cabada and Atty Diaz | NC |
| 05/21/13 | T/c w/ Atty Silverstein; R/r two emails from Atty Silverstein; drafted two emails to Atty Silverstein; r/r scheduling order; draft email to client; r/r email from client | .4 |
| 05/22/13 | T/c w/ client; r/r order granting mot to withdraw | .2 |
| 05/23/13 | R/r order denying motion for enlargement of time | .1 |
| 05/24/13 | R/r email from client | .1 |
| 05/28/13 | Review of complaint and attachments, documents provided by client, entire file, and research re securities fraud all in preparation for mtg w/ client | 1.6 |
| 05/29/13 | Mtg w/ client; mtg w/ Atty Garcia; r/r email to Atty Silverstein draft email to Atty Silverstein | 2.5 |
| 06/03/13-06/05/13 | Review of complaint, notes from mtg w/ client, requested materials provided by client via email, answers to complaint all in preparation for review of draft of interrogatories and request to produce; r/r P's interrogatories and request for production; research propriety of submitting additional answers to complaint or drafting a motion for more definite statement | 1.9 |

**TOTAL HOURS FOR ATTY DE LA CABADA   6.8 @ $300 PER HOUR =**    **$2,040**

| <u>Date</u> | <u>Description for Attorney Garcia</u> | |
|---|---|---|
| 05/21/13 | R/r of documents sent by client; draft of motion for enlargement of time; research on Statute of Limitation Defense; draft notice of appearance | 1.8 |

## EXHIBIT "B"

| 05/24/13 | R/r Order denying Motion for Enlargement of Time; Research effect of Denying Mt. for Enlargement of Time; Review of Documents sent by client; t/c w/ judge's chambers | 2.5 |
|---|---|---|
| 05/28/13 | Research on 10-b 5 claims' elements; Research on filing leave to amend; draft memorandum to Atty de la Cabada | .8 |
| 05/29/13 | Mtg w/ client; mtg w/ Atty de le Cabada | 2.4 |
| 05/30/13 | Draft email to client; R/r of documents sent by client; r/r of Interrogatories and request for Production | .5 |
| 05/31/13 | R/r of interrogatories and request of production | 1.2 |
| 05/31/13 | Drafting of Interrogatories | 3.9 |
| 06/3/13 | R/r of Motion to Dismiss filed by previous counsel; Drafting of Request For Production; R/r of Notice of Deposition; T/c w/ Keith Silverstein | 1.5 |
| 06/04/13 | Drafting Notice of Deposition; Email to Keith Silverstein | .2 |
| 06/05/13 | T/c w/ client; Review of file w/ Atty. De la Cabada | .3 |

**TOTAL HOURS FOR ATTY GARCIA   15.1 @ $150 PER HOUR =**        **$2,265**

**TOTAL ATTORNEY FEES OWED**                                                        **$4,305**
**RETAINER PAYMENT BY CLIENT**                                                **$25,000**
**AMOUNT DUE REMAINING IN TRUST FROM CLIENT**                **$20,695**

Thank you for your trust and confidence.  Please let me know if I can be of further assistance.

Sincerely,

Ramon de la Cabada

June 20, 2013

# TIME SHEET

TO:   George Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review

| <u>Date</u> | <u>Description for Attorney de la Cabada</u> | |
|---|---|---|
| 06/06/13 | Research regarding compliance w/ discovery deadline within order; t/c w/ client | .7 |
| 06/07/13 | Review of credentials for potential experts | .2 |
| 06/09/13 | R/r email from expert and email from Atty Garcia | .1 |
| 06/10/13 | Mtg w/ client in office; interviews of three potential experts; review of expert retainer agreement | 3.9 |
| 06/11/13 | T/c w/ David Tod; review of documents received by client; mtg w/ Atty Garcia in preparation for response to request to produce, interrogatories deposition of client and plaintiff | .5 |
| 06/12/13 | T/c w/ Charles Johnson; review of lawsuit filed by doctors and misc documents provided by client in preparation of time line and for depositions on 6/14; t/c w/ Jay Huffman; review of time line | 1.0 |
| 06/13/13 | T/c w/ expert; review of materials in preparation for mtg w/ client; mtg w/ client | 5.6 |
| 06/14/13 | Attend deposition of client; mtg w/ Atty Garcia re strategy for motions after deposition of client | 9.0 |
| 06/15/13 | R/r email from client; draft response to email from client | .2 |
| 06/17/13 | R/r of multiple emails from client; preparation for deposition of Serrano; Travel to and Attend deposition of Serrano; t/c w/ client; draft email to client; draft email to Atty Silverstein | 7.1 |
| 06/18/13 | R/r email from Atty Silverstein; r/r email from client; draft email to client; review research on mot for summary judgment; t/c w/ client | .4 |
| 06/19/13 | R/r email from Atty Silverstein; drafted email to Atty Silverstein and four potential mediators; r/r emails from potential mediators; r/r research | 7.3 |

for MSJ; drafted MSJ

| 06/20/13 | Draft MSJ; draft email to Atty Silverstein; r/r email from potential mediator; draft email to potential mediator mediator | 2.8 |

**TOTAL HOURS FOR ATTY DE LA CABADA 38.8 @ $300 PER HOUR =**      $11,640

| <u>Date</u> | <u>Description for Attorney Garcia</u> | |
| --- | --- | --- |
| 06/06/13 | T/c w/ Atty Silverstein; Research MET for Discovery Issue; Draft 2 Motion for Enlargement of Time and Proposed Orders; Draft of email to Atty Silverstein | 1.4 |
| 06/07/13 | Researched Securities Experts, t/c w/ various experts Drafted Timeline; Draft email to expert Foerster; Draft email to expert Dressler | 2.6 |
| 06/10/13 | Meeting w/ Client; T/c w/ client; R/r of documents for discovery; | 4.3 |
| 06/11/13 | R/r of documents sent by client; Drafted Response to Interrogatories; Organized documents client brought. | 4.1 |
| 06/12/13 | Drafted questions for Securities Expert; Began Drafting Response to Request for Production; Reviewed Pmd v. CLJI lawsuit; Prepared Exihibts for Deposition of Carlo Serrano; R/r email from Atty de la Cabada | 5.1 |
| 06/13/13 | R/r email from Atty Silverstein;T/c w/ Expert R/r of email sent by client; Meeting w/ Client | 5.1 |
| 06/14/13 | Attended Deposition of Client; Mtg w/ atty de la Cabada | 7 |
| 06/15/13 | R/r of email from client | .1 |
| 06/16/13 | R/r of multiple emails from client | .1 |
| 06/17/13 | Research on Motion to Dismiss; Research on Corporate veil issue; Draft of Motion to Dismiss; Mtg w/ Atty de la Cabada; T/c w/ client | 6.3 |
| 06/18/13 | Drafted Statement of Facts; Researched Standard for MSJ and Motion to Dismiss for SOL; Draft MSJ; Research 10(b)5 | 10.4 |
| 06/19/13 | Research for MSJ; drafting of MSJ; r/r depo of Plaintiff | 12.0 |
| 06/20/13 | Drafting MSJ; r/r depo of defendant | 8.1 |

**TOTAL HOURS FOR ATTY GARCIA 66.6 @ $150 PER HOUR) =** $9,990

| | | |
|---|---|---|
| 06/10/13 | Retainer of expert | $1,750.00 |
| 06/20/13 | Expedited transcript of deposition | $1,943.22 |

**TOTAL COST OWED** $3,693.22

**TOTAL ATTORNEY FEES OWED** $21,630.00
**AMOUNT DUE REMAINING IN TRUST FROM CLIENT** $20,695.00
**TOTAL AMOUNT DUE FROM CLIENT** $4,628.22

Thank you for your trust and confidence. Please let me know if I can be of further assistance.


Sincerely,


Ramon de la Cabada

July 8, 2013

## CORRECTED TIME SHEET

TO:   George Henry

_____

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|------|---------------------------------------|---|
| 06/21/13 | Draft emails to Atty Silverstein; r/r email from Atty Silverstein | .1 |
| 06/23/13 -<br>06/27/13 | R/r several emails and pleading re Plaintiff's Motion for Extension of Time and selection and scheduling of mediators | .2 |
| 07/01/13 | Review of mediation fee agreement | .1 |
| 07/02/13 | Draft mediation statement; r/r expert designation from Plaintiff | .4 |
| 07/03/13 | Draft motion for enlargement of time; draft email to Atty Silverstein; r/r 3 emails from Atty Silverstein; t/c w/ client; t/c w/ Atty Silverstein | 1.2 |
| 07/08/13 | T/c w/ clerk for Judge Moreno and Atty Silverstein; t/c w/ Atty Silverstein; draft motion to stay | .7 |
| 07/08/13 | Email to client | NC |

**TOTAL HOURS FOR ATTY DE LA CABADA 2.7 @ $300 PER HOUR =**   **$810**

| Date | Description for Attorney Garcia | |
|------|---------------------------------|---|
| 06/21/13 | T/c Judge Moreno's chambers; R/r of Notice of Filing Exhibit B | .2 |
| 06/24/13 | Prepared Response to Req. For Production Documents; T/c w/ client; Edited Response Interrogatories | 1.2 |
| 06/25/13 | Mtg. w/ Client to sign and notarize Response to Interrog.; Served Response to Discovery Request; | .8 |
| 06/27/13 | T/c w/ Judge Silverman's Office; R/r of email from Judge Silverman's Office | .2 |
| 07/01/13 | Draft Mediation Statement | 1.6 |

| 07/02/13 | R/r of Expert Designation | .1 |
|----------|---------------------------|-----|
| 07/03/13 | Draft MET; Draft email to Atty Silverstein; Draft email to Judge Silverman's office; R/r of email from Atty Silverstein | .6 |
| 07/08/13 | Draft motion to stay | .4 |

**TOTAL HOURS FOR ATTY GARCIA 5.1 @ $150 PER HOUR) =**   $765

| 0708/13 | FedEx | $20.54 |
| 07/08/13 | Transcript of Serrano deposition with exhibits | $1,218.50 |

**TOTAL COST OWED**   ($1,239.04)

**TOTAL ATTORNEY FEES OWED**   ($1,575)
**PREVIOUS BALANCE OUTSTANDING**   ($4,628.22)
**PAYMENT OF RETAINER BY CLIENT**   $12,500.00
**AMOUNT DUE REMAINING IN TRUST FROM CLIENT**   $5,057.74
**TOTAL AMOUNT DUE TO CLIENT**   $5,057.74

Thank you for your trust and confidence. Please let me know if I can be of further assistance.

Sincerely,

Ramon de la Cabada

July 23, 2013

## TIME SHEET

TO:   George Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|------|---------------------------------------|---|
| 07/15/13 | R/r order from court; r/r email from client | .1 |

**TOTAL HOURS FOR ATTY DE LA CABADA .1 @ $300 PER HOUR =**    **$30**

| Date | Description for Attorney Garcia | |
|------|---------------------------------|---|
| 07/15/13 | Draft email to client | .1 |

**TOTAL HOURS FOR ATTY GARCIA .1 @ $150 PER HOUR =**    **$15**

| 0718/13 | Mediation application fee (Charged despite having cancelled mediation. However, it can be applied to overall fee should mediation be rescheduled in the future) | ($175) |
|---------|---|---|

**TOTAL COST OWED**                                                                         **($175)**

**TOTAL ATTORNEY FEES OWED**                                                  **($45)**

**AMOUNT DUE REMAINING IN TRUST FROM CLIENT**          **$5,057.74**
**TOTAL AMOUNT DUE TO CLIENT**                                           **$4,837.74**

Thank you for your trust and confidence.  Please let me know if I can be of further assistance.


Sincerely,


Ramon de la Cabada

January 20, 2014

## TIME SHEET

TO:   George Henry

---

//c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|------|----------------------------------------|---|
| 10/28/13 | Review file and discuss with Atty Garcia to determine response to Atty Silverstein | .2 |
| 12/2/13 | R/r email from Atty Garcia re response from Atty Silverstein; discussed options with Atty Garcia | .2 |

**TOTAL HOURS FOR ATTY DE LA CABADA .4 @ $300 PER HOUR =**   **$120**

| Date | Description for Attorney Garcia | |
|------|----------------------------------|---|
| 09/17/13 | T/c w/ client; R/r of Client's email; Draft Health Update | .5 |
| 09/30/13 | Filed and Served Report on Defendant's Health | .1 |
| 10/26/13 | R/r email from Atty Silverstein | .1 |
| 10/28/13 | Draft response to Atty Silverstein | .2 |
| 10/29/13 | R/r of email from Atty Silverstein; T/c w/ client | .3 |
| 12/12/13 | Draft email to Client | .1 |
| 12/26/13 | Draft email to Client | .1 |
| 1/6/14 | R/r email from client; Draft Health Update; Draft email to Atty de la Cabada; Filed and E-served Health Update | .6 |
| 1/7/14 | T/c w/ Client | .1 |
| 1/15/14 | R/r email from client; Draft email to client | .1 |

**TOTAL HOURS FOR ATTY GARCIA 2.2 @ $150 PER HOUR =**   **$330**

| | |
|---|---|
| **TOTAL COST OWED** | **$0** |
| | |
| **TOTAL ATTORNEY FEES OWED** | **$450** |
| **PREVIOUS AMOUNT REMAINING IN TRUST FROM CLIENT** | **$4,837.74** |
| **AMOUNT DUE REMAINING IN TRUST FROM CLIENT** | **$4,387.74** |

Thank you for your trust and confidence.

Sincerely,


Ramon de la Cabada

March 14, 2014

## TIME SHEET

TO:   George Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|------|----------------------------------------|---|
| 01/27/14 | T/c w/ Bankruptcy Atty; r/r email from Bankruptcy Atty | .2 |
| 01/28/14 | R/r two emails from client | .1 |
| 02/12/14 | R/r email from client | .1 |
| 02/14/14 | R/r email from client | .1 |
| 02/18/14 | R/r email from client | .1 |
| 02/24/14 | R/r email from Atty Silverstein | .1 |
| 03/14/14 | T/c w/ client | .4 |

**TOTAL HOURS FOR ATTY DE LA CABADA .7 @ $300 PER HOUR =**      **$210**

| Date | Description for Attorney Garcia | |
|------|----------------------------------|---|
| 01/22/14 | R/r of bankruptcy documents; R/r email from client; R/r email from Bankruptcy Atty | .2 |
| 01/27/14 | R/r of email from Bankruptcy Atty; R/r email from client | .2 |
| 01/28/14 | Draft email To client | .1 |
| 02/11/14 | T/c w/ Keith Silverstein; Draft email to Client and to Bankruptcy atty | .3 |
| 02/12/14 | R/c email from client | .1 |
| 02/14/14 | Draft email to client; R/r email from client | .2 |
| 02/18/14 | Draft email to client; R/r email from client; Draft email to Atty Silverstein | .3 |

**TOTAL HOURS FOR ATTY GARCIA   1.4 @ $150 PER HOUR =**      **$210.00**

| **TOTAL ATTORNEY FEES OWED** | **$ 420.00** |
|---|---|
| **RETAINER PAYMENT BALANCE REMAINING** | **$4,387.74** |
| **AMOUNT DUE REMAINING IN TRUST FROM CLIENT** | **$3,967.74** |

Thank you for your trust and confidence.  Please let me know if I can be of further assistance.


Sincerely,


Ramon de la Cabada

May 21, 2014

**TIME SHEET**

TO:    George Henry

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|---|---|---|
| 04/25/14 | T/c w/ George Henry and Julian Henry | .7 |

**TOTAL HOURS FOR ATTY DE LA CABADA .4 @ $300 PER HOUR =**     $120

| Date | Description for Attorney Garcia | |
|---|---|---|
| 04/17/14 | R/r of Plaintiff's Motion to Reopen Case | .2 |
| 04/18/14 | Draft Response to Plaintiff's Motion; Left voicemail for client; Draft email to client | .3 |
| 04/21/14 | Left voicemail for client; Draft email to client | .2 |
| 04/23/14 | R/r of email from Atty Silverstein; T/c w/ Zach Shelomith; R/r email from Zach Shelomith; Draft email to Atty Shelomith R/r email from Zach Shelomith | .4 |
| 04/24/14 | T/c w/ George Henry Jr. And Julian Henry | NC |
| 04/29/14 | Draft email to George and Julian Henry; r/r of email from George Henry | .2 |
| 05/08/14 | R/r of email from George Henry; Draft email to Atty de la Cabada; Draft Notice of Filing | .3 |
| 05/12/14 | Draft email to George and Julian Henry | .1 |

**TOTAL HOURS FOR ATTY GARCIA   1.7  @ $150 PER HOUR =**     $255

| | |
|---|---|
| **RETAINER PAYMENT BALANCE REMAINING** | $3,712.74 |
| **TOTAL ATTORNEY FEES OWED** | ($375) |
| **AMOUNT TO REFUNDED TO CLIENT** | $3,337.74 |

Thank you for your trust and confidence. Please let us know if we can be of further assistance.

Sincerely,

Ramon de la Cabada

November 3, 2014

## TIME SHEET

TO:  Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|---|---|---|
| 10/10/14 | Left vm for GH; T/c w/ JH | .3 |
| 10/15/14 | T/c w/ JH; review of research and file to implement strategy | .5 |
| 10/28/14 | Review pleadings prior to filing; t/c w/ Atty Silverstein | .4 |

**TOTAL HOURS FOR ATTY DE LA CABADA 1.2 @ $300 PER HOUR =**  $\overline{\text{\$360}}$

| Date | Description for Attorney Garcia | |
|---|---|---|
| 10/09/14 | R/r of Plaintiff's Motion to Reopen Case and Order Granting Motion; review of Fed. Rules regarding Substitution of Parties and Research; email to Atty de la Cabada | .8 |
| 10/10/14 | T/c w/ client JH | .2 |
| 10/15/14 | Review of Discovery; t/c w/ client JH | .9 |
| 10/16/14 | Drafted Notice of Appearance; review of docket; research Rule 25; read Case law; drafted Motion for Reconsideration | 2.7 |
| 10/21/14 | Finished draft for Motion for Reconsideration and drafted Notice of Appearance | 2.4 |
| 10/28/14 | R/r email from Atty de la Cabada; filed Notice of Appearance | .2 |

**TOTAL HOURS FOR ATTY GARCIA 7.2 @ $150 PER HOUR =**  $\overline{\text{\$1,080}}$

**RETAINER PAYMENT BALANCE REMAINING**  $3,337.74

**TOTAL ATTORNEY FEES OWED**  ($1,440)

**AMOUNT REMAINING IN TRUST**  $1,897.74

December 1, 2014

## TIME SHEET

TO:     Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review

<u>Date</u>          <u>Description for Attorney de la Cabada</u>

| 11/04/14 | Review of File to determine status of responses to be filed | .1 |
| 11/13/14 | Draft of Reply to Plaintiff's Response to Motion for Reconsideration | .6 |

**TOTAL HOURS FOR ATTY DE LA CABADA .7 @ $300 PER HOUR =**          $210

<u>Date</u>          <u>Description for Attorney Garcia</u>

| 11/04/14 | Filed Mtn. For Reconsideration | .1 |
| 11/11/14 | Draft of Reply to Plaintiff's Response to Motion for Reconsideration | 2.2 |
| 11/12/14 | Edited Reply to Plaintiff's Response to Motion for Reconsideration | .1 |
| 11/13/14 | Filed Reply to Plaintiff's Response to Motion for Reconsideration | .2 |

**TOTAL HOURS FOR ATTY GARCIA 2.6  @ $150 PER HOUR =**          $390

**RETAINER PAYMENT BALANCE REMAINING**          $1,897.74
**TOTAL ATTORNEY FEES OWED**          ($600 )
**AMOUNT REMAINING IN TRUST**          $1,297.74

February 24, 2015

## TIME SHEET

TO:    Estate of George H. Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|---|---|---|
| 12/04/14 | Left v/m returning call from G. Henry; t/c w/ G. Henry | .2 |
| 01/21/15 | R/R email from Atty Shucher | .1 |
| 01/22/15 | R/R email from Atty Shucher | .1 |
| 01/26/15 | T/c w/ Atty Schucher; r/r email from Atty Shucher | .4 |
| 02/06/15 | R/R email from Atty Shucher | .1 |
| 02/10/15 | Review of research; T/c w/ Atty de Barros re: Research | .2 |
| 02/17/15 | T/c w/ G. Henry Jr. | .3 |
| 02/18/15 | R/R order from court | .1 |
| 02/23/15 | Prep for hearing on mtn for reconsideration | 1.0 |
| 02/24/15 | Prep for hearing; travel to and from hearing; attended hearing for mtn for reconsideration; t/c with Atty Schuster; t/c w/ clients | 2.8 |

**TOTAL HOURS FOR ATTY DE LA CABADA 5.3 @ $300 PER HOUR =**      **$1,590**

| Date | Description for Attorney Garcia | |
|---|---|---|
| 01/26/15 | Meeting w/ Atty de la Cabada regarding research | .2 |
| 01/27/15 | Research Re: Waiver of Claims; Email to Atty de la Cabada R/r email from Atty Schucher | 2 |
| 02/06/15 | R/r email from Atty Schucher | .1 |
| 02/09/15 | R/r email from Atty de la Cabada and Schuscher | .1 |
| 02/10/15 | T/c w/ Atty Schucher's Office; Email to Atty Schuscher | .2 |
| 02/18/15 | Draft Mtn for Leave to File Supplement to Mtn for Reconsideration.; Draft Supplement to Mtn for Reconsideration | 2.3 |
| 02/19/15 | T/c w/ Atty Schucher; T/c w/ Julian Henry | .5 |
| 02/23/15 | Filed Mtn for Leave to File; Prep for hearing | .3 |
| 02/24/15 | Attended Mtn for Reconsideration; T/c w/ Atty Schucher; t/c w/ clients | 1.8 |

**TOTAL HOURS FOR ATTY de Barros 7.5 @ $150 PER HOUR =**      **$1,125**

**RETAINER PAYMENT BALANCE REMAINING**      **$1,297.74**

**COST DEPOSIT PAID**                                    $8,702.96
**TOTAL DEPOSIT IN TRUST**                               $10,000
**TOTAL ATTORNEY FEES OWED**                             ($2,715)

**AMOUNT REMAINING IN TRUST**                            $7,285.00

May 5, 2015

# TIME SHEET

TO:    Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|---|---|---|
| 03/26/15 | R/r of judicial orders; r/r email from Atty Silverstein; Review strategy for litigation based on pending state matter | .3 |
| 03/31/15 | Review correspondence to and from Atty Silverstein re mediation | .1 |
| 04/01/15 | Review draft of motion for clarification | .1 |
| 04/03/15 | T/c w/ Client | .9 |
| 04/13/15 | Review of file re: Amending Answer | .2 |
| 04/20/15 | Review of file; T/c w/ Atty Schucher and Client | .5 |
| 04/22/15 | Draft amended answer and amended affirmative defenses | .4 |
| 05/05/15 | Review materials for drafting of amended summary judgment | .5 |

**TOTAL HOURS FOR ATTY DE LA CABADA 3.0 @ $300 PER HOUR =**     **$900**

| Date | Description for Attorney Garcia | |
|---|---|---|
| 03/16/15 | R/r Order denying Mtn for Reconsideration | .2 |
| 03/17/15 | R/r email from Atty Schuster | .1 |
| 03/20/15 | R/r email from Atty Schuster; T/c w/ atty Schuster | .2 |
| 03/23/15 | R/r email from Atty Schuster; Draft response to Atty Schuster | .2 |
| 03/25/15 | R/r email from Atty Schuster | .1 |
| 03/26/15 | R/r email from Atty Silverstein; Draft email to Atty de la Cabada | .2 |
| 03/31/15 | Draft response to Atty Silverstein | .1 |
| 04/01/15 | Draft Motion for Clarification | .7 |
| 04/03/15 | Left voicemail for Atty Silverstein; R/r email from Atty Silverstein's office; T/c w/ Atty Silverstein's office; T/c w/ Atty Silverstein; Left voicemail for Atty Schucher; t/c w/ client | 1.5 |
| 04/06/15 | R/r Notice of filing Selection of Mediator | .1 |
| 04/08/15 | R/r Order on Clarification | .1 |
| 04/09/15 | R/r email from Atty Schucher; | .1 |
| 04/10/15 | Reviewed Answer; Draft Renew'd Motion for Summary Judgment | 1.2 |

| 04/15/15 | Draft amended Answer | .4 |
| 04/20/15 | Drafted amended Answer and reviewed original MSJ; T/c w/ Clients Atty Schucher | .5 |
| 04/22/15 | Email to Atty de la Cabada re: Amended Answer; Research re: Defenses And Counter-Claims | .1 |
| 04/23/15 | Final Edits to MSJ; Review of Exhibits | .3 |
| 05/05/15 | Draft amended summary judgment | .4 |

**TOTAL HOURS FOR ATTY de Barros 6.5 @ $150 PER HOUR =** $975

**BALANCE REMAINING IN TRUST** $7,285.00

**TOTAL ATTORNEY FEES OWED** ($1,875)

**AMOUNT REMAINING IN TRUST** $5,410.00

June 12, 2015

**TIME SHEET**

TO:    Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|------|----------------------------------------|---|
| 05/07/15 | R/r 2 emails from client; r/r email from Atty Schucher including attachment of motion | .4 |
| 05/08/15 | R/r emails from Atty Nguyen | .1 |
| 05/12/15 | R/r email from Atty Silverstein; t/c w/ Atty Silverstein; t/c w/ Attys Nguyen and Schucher | .5 |
| 05/13/15 | Draft motion to stay | .3 |
| 05/15/15 | R/r order for extension of time; draft email to client and co-counsel; R/c email from Atty Nguyen | .2 |
| 05/18/15 | R/r notice from court | .1 |
| 05/21/15 | Review of file regarding setting of mediation | .1 |
| 05/22/15 | Review of file regarding setting of mediation | .1 |
| 05/26/15 | Review of file regarding setting of mediation and deposition of plaintiff's wife | .1 |
| 05/29/15 | Review of file regarding setting of deposition of plaintiff's wife | .1 |
| 06/01/15 | R/r email from Atty Schucher | .1 |
| 06/02/15 | R/r response to motion to stay; t/c w/ office of Atty Silverstein; research regarding affirmative defenses; draft email to office of Atty Silverstein | 1.0 |
| 06/03/15 | R/r three emails from Atty Silverstein; t/c w/ Atty Nguyen; t/c w/ clients; draft two emails to Atty Silverstein | .8 |
| 06/04/15 | Review of file regarding trial strategy, evidence issues, mediation strategy, and scheduling of deposition of Ceci Saslow | .2 |
| 06/08/15 | Email to clients | NC |
| 06/10/15 | Review deposition of plaintiff in prep for deposition of Ms. Salow | 2.8 |
| 06/11/15 | Review deposition of Mr. Henry in prep for deposition of Ms. Salow; draft email to office of Atty Silverstein; r/r email from office of Atty Silverstein | 2.5 |
| 06/12/15 | Review documents for potential exhibits for deposition | .6 |

**TOTAL HOURS FOR ATTY DE LA CABADA 10.0 @ $300 PER HOUR =**    $3,000

| Date | Description for Attorney de Barros |
|------|------------------------------------|

| Date | Description | Hours |
|---|---|---|
| 05/07/15 | Email to Clients; R/r response from client; Draft reply to clients; R/r email from Atty Schucher | .4 |
| 05/08/15 | Review of Mtn to Vacate; Draft response to Atty Schucher; R/r response atty Nguyen | .3 |
| 05/12/15 | R/r email from Atty Silverstein; T/c w/ atty Nguyen and Schucher; R/r emails from Atty Schucher and attachments; Research re: Mtn to Stay | .9 |
| 05/13/15 | Draft and research Motion to Stay | 3.2 |
| 05/31/15 | R/r email from Atty Schucher | .1 |
| 06/01/15 | T/c w/ Atty Ngyugen; Research on timeliness affirmative defense | .4 |
| 06/02/15 | R/r Motion to Stay; R/r of email from Atty Silverstein's office; R/r of email from Atty Silverstein; Draft Subpoena for Cecilia Salow; t/c w/ Atty Nguyen; t/c w/ clients; r/r mediation agreement | 1.1 |
| 06/04/15 | Research on admissibility of transcript; Memo to file | .5 |
| 06/08/15 | Review and indexed the Deposition of George Henry, Sr. | 5.8 |
| 06/09/15 | Review and indexed the Deposition of Carlo Serrano | 5.3 |
| 06/10/15 | Prep for Depo of Ceci Salow | 1.2 |
| 06/12/15 | Prep of emails and exhibits for deposition | 1.5 |

**TOTAL HOURS FOR ATTY de Barros 20.7 @ $150 PER HOUR =**  $3,105

**COSTS**

| | | |
|---|---|---|
| 06/10/15 | Mediation fee | $1,100.00 |

**BALANCE REMAINING IN TRUST**  $5,410.00

**TOTAL COSTS INCURRED**  ($1,100.00)

**TOTAL ATTORNEY FEES OWED**  ($6,105.00)

**AMOUNT REMAINING IN TRUST**  0.00

**AMOUNT OWED TO ATTORNEY**  $1,795.00

July 06, 2015

# TIME SHEET

TO:   Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|---|---|---|
| 06/13/15 | Review three motions filed by plaintiff; prep for deposition based on motions; research husband/wife privilege | 2.5 |
| 06/15/15 | Took deposition of Cecilia Salow; prep for deposition and review of file for litigation strategy | 3.9 |
| 06/16/15 | R/r email with attachment from Atty Silverstein; review our response to Plaintiff's Mtn to filing timely; review issue of subpoena duces tecum | .4 |
| 06/17/15 | Review issue of service of subpoena | .1 |
| 06/18/15-06/19/15 | Review draft of Reply to MSJ; review issue of service on witness | 1.2 |
| 06/22/15 | R/r order from court | .1 |
| 06/24/15 | R/r order from court | .1 |
| 06/25/15 | R/r email from Atty Silverstein; discussion w/ Atty de Barros re reply to Atty Silverstein; r/r Plaintiff Motion for Misc Relief; r/r order from court | .1 |
| 07/01/15 | R/r bill from hotel in Copenhagen, Denmark and deal with hotel to reduce bill | NC |

**TOTAL HOURS FOR ATTY DE LA CABADA 8.4 @ $300 PER HOUR =**   **$2,520**

| Date | Description for Attorney de Barros | |
|---|---|---|
| 06/15/15 | Traveled to and Attended Deposition of Cecilia Salow | 4 |
| 06/16/15 | Drafted Subpeona Duces Tecum for Cecilia Salow; Draft Response To Plaintiff's Mtn to consider filing timely;  Draft email to client | 1.4 |
| 06/17/15 | Researched and Drafted Reply to MSJ Response | 5.6 |
| 06/18/15 | Drafting Reply to MSJ Response; Draft email to Atty de la Cabada | 1.2 |
| 06/19/15 | R/r emails from Atty de la Cabada; Edited Reply to MSJ Response; | |

| | T/c Atty Silverstein | 2.3 |
|---|---|---|
| 06/22/15 | R/r email from expert; Draft email to expert | .2 |
| 06/23/15 | T/c w/ expert | .2 |

**TOTAL HOURS FOR ATTY de Barros 14.9 @ $150 PER HOUR =**  **$2,235**

**COSTS**

| 06/15/15 | Cost of long distance charges for deposition | ($322.83) |
|---|---|---|

| | |
|---|---|
| **BALANCE REMAINING IN TRUST** | **$0.00** |
| **PREVIOUS BALANCE OWED** | **($1,795.00)** |
| **PAYMENT BY CLIENT TO REPLENISH RETAINER** | **$7,500.00** |
| **TOTAL COSTS INCURRED** | **(322.83)** |
| **TOTAL ATTORNEY FEES OWED** | **($4,755.00)** |
| **AMOUNT REMAINING IN TRUST** | **$627.17** |
| **AMOUNT OWED TO ATTORNEY** | **$0.00** |

July 30, 2015

## TIME SHEET

TO:   Estate of George H. Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review

| Date | Description for Attorney de la Cabada | |
|------|----------------------------------------|---|
| 07/08/15 | Review of file in preparation for mediation and development of theory of defense | .2 |
| 07/10/15 | Review of mediation statement | .2 |
| 07/13/15 | Left v/m for both clients; review of file regarding hiring of expert | .1 |
| 07/14/15 | Review draft of mediation statement; r/r email from client; draft email response to client | .4 |
| 07/15/15 | R/r email form Atty Silverstein | .1 |
| 07/20/15 | R/r email and attachment from Atty Nguyen | .1 |
| 07/24/15 | R/r email from mediator | .1 |
| 07/27/15 | R/r email from client | .1 |
| 07/29/15 | Drafted email to client; r/r email from client | .1 |
| 07/30/15 | T/c w/ Expert | 1.1 |

**TOTAL HOURS FOR ATTY DE LA CABADA 2.5 @ $300 PER HOUR =** **$750**

| Date | Description for Attorney de Barros | |
|------|-------------------------------------|---|
| 07/07/15 | R/r Discovery Response from Ceci Salow | 1.9 |
| 07/08/15 | Draft email to expert (Harry Dressler); R/r Response from expert; Draft email to mediator's office; R/R email from mediator's office; Reply to mediator's office; review of previous mediation statement | .5 |
| 07/10/15 | Draft Mediation Statement; Draft email to Atty de la Cabada | 1.7 |
| 07/13/15 | Draft email to expert; R/r email from expert | .1 |
| 07/14/15 | Draft email to clients | .1 |
| 07/15/15 | R/r email from client; R/r email from Atty de la Cabada; R/r email from client; Draft email to Atty de la Cabada; Draft Letter to Expert Prepared packet for expert | .5 |
| 07/22/15 | Edited Mediation Statement; Review of file w/ Atty de la Cabada | .2 |
| 07/23/15 | R/r Email from expert; Draft response to email from Expert; draft email to Mediator | .4 |

| 07/27/15 | R/r email from expert; Draft response email from expert; R/r email from expert; Draft response to email | .4 |
| 07/30/15 | T/c w/ Expert | 1.1 |

**TOTAL HOURS FOR ATTY de Barros 6.9 @ $150 PER HOUR =**     $1,035

**COSTS**

| 07/07/15 | Court Express Services (Process server fee) | ($120.00) |
| 07/14/15 | Correction of Cost billed last month [1] | $3.91 |
| 07/15/15 | Dressler Strategic Advisors - expert fee | ($3,500.00) |
| 07/23/15 | Dania Alen Court Reporting (Depo of Cecilia Salow on 6/15) | ($265.00) |

| | |
|---|---|
| **7/13/15 PAYMENT BY CLIENT TO REPLENISH RETAINER** | $7,500.00 |
| **BALANCE REMAINING IN TRUST** | $627.17 |
| **TOTAL COSTS INCURRED** | ($3,881.09) |
| **TOTAL ATTORNEY FEES OWED** | ($1,785.00) |
| **AMOUNT REMAINING IN TRUST** | $2,461.08 |

---

[1] We were told that the firm would be billed $322.83 for charge of long distance call and use of conference room, so that was billed in time sheet #14. The charge made it to the credit card used to pay the charge and based on the exchange rate, the amount resulted in $318.92 which is a difference of $3.91.

August 21, 2015

# TIME SHEET

TO:   Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review; NC = no charge

| Date | Description for Attorney de la Cabada | |
|------|----------------------------------------|--|
| 08/03/15 | R/r file in prep for mediation; r/r transcript of Ms. Salow's deposition; travel to and from mediation; attended mediation; r/r request from office of Atty Silverstein; t/c w/ expert | 5.3 |
| 08/06/15 | R/r motion to strike expert; research on reply to motion; drafted two emails to Atty Silverstein re the motion | 1.5 |
| 08/07/15 | R/r motion from Atty Silverstein; r/r email from mediator; draft reply email to mediator | .4 |
| 08/21/15 | Reviewed drafts of research, pretrial motions, jury instructions | .7 |

**TOTAL HOURS FOR ATTY DE LA CABADA 7.9 @ $300 PER HOUR =**   **$2,370**

| Date | Description for Attorney de Barros | |
|------|-------------------------------------|--|
| 08/03/15 | Travel to and from mediation; attended mediation | NC |
| 08/03/15 | R/r request from office of Atty Silverstein; draft response to office of Atty Silverstein; t/c w/ office of Atty Silverstein; t/c w/ expert | 1.6 |
| 08/04/15 | Draft of Notice of Designation of Expert; R/r Expert Report; T/c w/ Expert; Filed Expert Disclosure and Report | .7 |
| 08/06/15 | R/r Mtn to Strike; Research and Draft Response to Motion to Strike | 2.9 |
| 08/11/15 | Research and Started Draft on Pre-trial Disclosures; Research and Draft Pre-trial Motions (Motions in Limine); Researched Standard Jury Instructions | 1.6 |
| 08/12/15 | Research and Draft Motion in Limine | 3.6 |
| 08/13/15 | Research on Jury instructions and "severe recklessness" element; Email to expert | 2.1 |
| 08/14/15 | R/r email from expert; Draft email to expert; research on jury instructions; Draft memo and email to Atty de la Cabada; T/c w/ expert | 1.9 |

**TOTAL HOURS FOR ATTY de Barros 14.4 @ $150 PER HOUR**   $2,160

**COSTS**

| 08/19/15 | Dana Alen Court Reporting (Transcripts) | ($588.50) |
|----------|------------------------------------------|-----------|

| | |
|--|--|
| **BALANCE REMAINING IN TRUST** | $2,461.08 |
| **TOTAL COSTS INCURRED** | ($588.50) |
| **TOTAL ATTORNEY FEES OWED** | ($4,530.00) |
| **AMOUNT OWED BY CLIENT** | ($2,657.42) |

## TIME SHEET

TO:    Estate of George H. Henry

---

t/c = telephone conference; w/ = with; r/r = receipt and review; NC = no charge

| <u>Date</u> | <u>Description for Attorney de la Cabada</u> | |
|---|---|---|
| 08/31/15 | T/c w/ client | .2 |
| 09/09/15 | R/r several emails from Atty Nguyen; drafted several emails to Atty Nguyen | .2 |
| 09/10/15 | R/r two emails from Atty Nguyen | .1 |
| 09/14/15 | R/r order denying mot for summ judgment | .2 |
| 09/15/15 | T/c w/ clients; t/c w/ Atty Nguyen | .3 |
| 09/16/15 | R/r email from Atty Nguyen; did not review attachments; drafted email to client | .2 |
| 09/25/15 | T/c w/ client; review of file for pre-trial deadlines | .5 |
| 09/28/15 | T/c w/ Jay Huffard; review of emails from Serrano for potential exhibits; r/r email from J. Henry | .7 |
| 09/29/15 | T/c w/ Atty Silverstein re pre-trial stips; t/c w/ David Todd | .7 |
| 09/30/15 | R/r Amari documents from Mr. Todd | .1 |
| 10/02/15 | Review of draft for pretrial disclosure; review of exhibits; review of Portion of G. Henry's deposition in preparation for exhibit and trial; discussion of research of due diligence with Atty de Barros to draft proposed jury instruction | 2.1 |
| 10/04/15 | Review of remaining portion of G. Henry deposition; drafting of jury questions | 1.4 |
| 10/05/15 | Drafting of index and summary exhibit for G. Henry deposition | .2 |
| 10/07/15 | Prep and Meeting with Expert Harry Dressler; (not billing for my travel time); drafted email to expert | 1.8 |
| 10/08/15 | R/r email to expert | .1 |

**TOTAL HOURS FOR ATTY DE LA CABADA 8.8 @ $300 PER HOUR =**      **$2,640**

| <u>Date</u> | <u>Description for Attorney de Barros</u> | |
|---|---|---|
| 08/24/15 | Mtng w/ Atty de la Cabada to discuss Mtns in Limine | .2 |
| 08/28/15 | Memo to file re: Motions in Limine | .3 |
| 09/25/15 | Review of Deadlines, Draft of Pre-trial Disclosures, Left voicemail for David Tod; T/c Jay Huffard; Draft email to Jay Huffard; Draft email to clients | 2.4 |
| 09/28/15 | R/r email from Jay Huffard; Draft email to Jay Huffard; R/r email from | 1.3 |

client; Pretrial Disclosure Draft; Mtg with Atty De la Cabada re: exhibits for trial; Draft email to Jay Huffard; R/r email from Jay Huffard; Hearsay research

| Date | Description | Hours |
|---|---|---|
| 09/30/15 | R/r email from Atty de la Cabada; T/c w/ David Todd; Email to Atty de la Cabada; r/r email from David Todd | .4 |
| 10/01/15 | Mtng. Re: trial prep w/ Atty de la Cabada; T/c w/ client | .4 |
| 10/02/15 | T/c w/ Client; Email to Client; T/c Judge Moreno | .3 |
| 10/05/15 | Draft of Voir dire Questions; R/r email from atty de la Cabada; Draft response to atty de la Cabada; T/c w/ Atty de la Cabada; Research re: due diligence standard | 2.1 |
| 10/06/15 | Research re: due Diligence and prep for Meeting with Expert; Memo to Atty de la Cabada | 3.4 |
| 10/07/15 | Travel Time, Prep and Meeting with Expert Harry Dressler | 2.5 |

**TOTAL HOURS FOR ATTY de Barros 13.3 @ $150 PER HOUR**          **$1,995**

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 08/31/15 | FedEx | ($18.95) |
| 08/31/15 | Refund Credit from Jams | $225.00 |

**AMOUNT PAID BY CLIENT**                                  $47,500.00

**TOTAL COSTS INCURRED (credit)**                          $206.05

**TOTAL FEES OWED FROM PREVIOUS TIMESHEET**                ($2,657.42)

**TOTAL ATTORNEY FEES OWED**                               ($4,635)

**AMOUNT REMAINING IN TRUST**                              $40,413.63

October 30, 2015

## TIME SHEET

TO:    Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review; NC = no charge

| Date | Description for Attorney de la Cabada | |
|------|----------------------------------------|---|
| 10/15/15 | R/r proposed jury instruction; research jury instruction issues; draft proposed jury instructions and voir dire questions; r/r plaintiff's witness and exhibit list | 4.3 |
| 10/16/15 | R/r draft of jury instructions and voir dire instructions; review research on jury instructions | .8 |
| 10/19/15 | R/r of Pre-trial stipulation; Edit pre-trial stip. | .6 |
| 10/20/15 | Made final Edits to Pre-trial Stipulation | .5 |
| 10/26/15 | Review of rule 26 and 37 re: expert disclosure; Prep for hearing; research in prep for motion to exclude expert | .6 |
| 10/27/15 | Prep for hearing; Travel time and attendance at hearing; R/r of email from Atty Silverstein's office; T/c w/ clients; T/c w/ Atty Silverstein | 2.4 |
| 10/28/15 | R/r Motion to Continue; T/c w/ Atty Silverstein; T/c w/ Client | .6 |
| 10/29/15 | R/r court orders; r/r drafts of amended witness and exhibit list; drafted email to client; drafted email to Atty Silverstein | .5 |
| 10/30/15 | Review interrogatories and request to produce for amended exhibit lilst; drafted email toclient; drafted email to expert | .4 |

**TOTAL HOURS FOR ATTY DE LA CABADA 10.7 @ $300 PER HOUR =**      **$3,210**

| Date | Description for Attorney de Barros | |
|------|-------------------------------------|---|
| 10/08/15 | T/c w/ Client; R/r email from Atty de la Cabada | .2 |
| 10/09/15 | Research and Draft Offer of Judgment; Draft email to Atty Silverstein | 2.6 |
| 10/14/15 | Draft of Voir Dire; Draft of Jury Instructions | 2.3 |

| 10/15/15 | Research and draft jury instructions | 2.9 |
|---|---|---|
| 10/16/15 | Edits to Jury Instruction; R/r of research; Draft amended exhibit list; draft email to Atty Silverstein; t/c w/ Atty Silverstein | 1.8 |
| 10/18/15 | Email to Atty Silverstein; R/r of Pre-trial stipulation | .4 |
| 10/19/15 | Edit pre-trial stip.; Research on pre-trial stip.; R/r email from Atty Silverstein; T/c w/ Atty; Draft email to Atty Silverstein | 1.8 |
| 10/20/15 | R/r email to Atty Silverstein; Draft email to atty Silverstein; Research re: pre-trial stipulation; T/c w/ Atty Silverstein | 1.5 |
| 10/22/15 | Research and edit Jury instruction; Email to Atty Silverstein; R/r of email from Atty Silverstein; T/c w/ Atty Sivlerstein; T/c w/ Atty de la Cabada | .7 |
| 10/26/15 | Research re: appeal of ruling on motion to exclude expert | 1.2 |
| 10/27/15 | Review of rule 26 and 37 re: expert disclosure; Prep for hearing; r/r of email from Atty Silverstein's office; t/c w/ expert; t/c w/ clients | 2.0 |
| 10/28/15 | R/r email from Atty Silverstein; T/c w/ Keith Silverstein; Draft Motion to Continue; T/c w/ Client | .7 |
| 10/29/15 | Draft defendants' amended witness and exhibit list | 1.5 |

**TOTAL HOURS FOR ATTY de Barros 19.6 @ $150 PER HOUR**            **$2,940**

<u>Date</u>        <u>Description for Paralegal</u>


**TOTAL HOURS FOR PARALEGAL @ $75 PER HOUR**


**COSTS**


**TOTAL COSTS INCURRED**
| **PREVIOUS BALANCE REMAINING IN TRUST** | **$40,413.63** |
|---|---|
| **TOTAL ATTORNEY FEES OWED** | **($6,150)** |
| **AMOUNT REMAINING IN TRUST** | **$34,263.63** |

November 30, 2015

## TIME SHEET

TO:   Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review; NC = no charge

| Date | Description for Attorney de la Cabada | |
|------|---------------------------------------|---|
| 11/02/15 | R/r email from expert; drafted reply email to expert; t/c w/ Julian; r/r email from Julian; t/c w/ Charles Johnson; r/r amended plaintiff witness and exhibit list | .8 |
| 11/10/15 | Prep for and attended t/c with expert; travel to and from and att calendar call hearing | 3.2 |
| 11/11/15 | Research re puffing for developing arguments for trial | .2 |
| 11/13/15 | Travel to and from plaintiff deposition of expert; t/c w/ client; review of issues re necessity of expert | 4.8 |
| 11/17/15 | T/c w/ Atty Silverstein | .3 |
| 11/18/15 | Drafted subpoena for expert deposition; t/c w/ Judge Moreno and Silverstein | .5 |
| 11/20/15 | R/r Plaintiff's expert report; prep for expert deposition by researching accredited investing, safe harbor and forward looking statements, and bespeaks caution doctrine; reviewed offering memorandum and subscription agreement; reviewed draft of verdict forms and jury instructions | 4.2 |
| 11/21/15 | Prep for expert deposition; review for trial prep | 2.9 |
| 11/23/15 | T/c w/ Harry Dressler; review research in prep for deposition of Plaintiff expert; travel to and from and att depo of plaintiff expert | 8.5 |
| 11/24/14 | Prep for hearing on admissibility of experts; attended court hearing; t/c with Atty Silverstein; t/c w/ Mr. Hubbard; t/c w/ Mr. Todd; t/c w/ Mr. Johnson; t/c w/ clients; research re admissibility of reputation evidence on truthfulness | 6.1 |
| 11/25/15 | Att conference call with judge and opposing counsel re trial issues; reviewed depostion of G. Henry in prep fro trial exhibits and trial prep | 2.5 |
| 11/27/15 | R/r Plaintiff proposed jury instructions; t/c w/ Maite to discuss Plaintiff proposed jury instructions | 1.0 |
| 11/29/15 | Reviewed draft of proposed defendant jury instructions and objections to plaintiff's jury instructions; reviewed deposition of G. Henry; drafted email to Atty Silverstein | 1.4 |

| 11/30/15 | R/r email from Atty Silverstein; review draft proposals of defendant jury instructions and amended proposed verdict forms; r/r email from judge's chambers; t/c w/ judge and Atty Silverstein; review deposition of George Henry to submit for proposed trial testimony; review proposed trial exhibits and trial disclosures | 3.8 |

## TOTAL HOURS FOR ATTY DE LA CABADA 40.2 @ $300 PER HOUR =    $12,060

| Date | Description for Attorney de Barros | |
|------|------|------|
| 11/10/15 | Research re: Expert; t/c with expert | 1.4 |
| 11/10/15 | Attended Calendar call hearing | NC |
| 11/13/15 | Mtg w/ Atty de la Cabada re experts; T/c w/ Client | .4 |
| 11/16/15 | Email to Keith Silverstein; R/r of reply from Keith Silverstein | .2 |
| 11/17/15 | Email to Keith Silverstein; R/r email from Keith Silverstein; T/c w/ Keith Silverstein; t/c w/ Atty Silverstein's office | .7 |
| 11/18/15 | R/r email from Atty Silverstein's office; R/r of CV and Case list Research on Expert | .9 |
| 11/19/15 | R/r Court's order re: pre-trial motions; T/c w/ Court; Draft Verdict Forms; Mtg. w/ Atty de la Cabada re: Verdict forms; Edits to Verdict Form | 1.6 |
| 11/20/15 | Made final edits to Verdict forms; Filed verdict forms; T/c w/ ECF help; Research on Expert; Draft Memo re: expert; Mtg with Atty de la Cabada re: Expert | 2.3 |
| 11/23/15 | T/c w/ expert | NC |
| 11/23/15 | r/r email from Silverstein's office; T/c w/ atty Silverstein; Research re SEC Rules, Expert Testimony and Depositions | 2.1 |
| 11/23/15 | Travel time and attendance at deposition of Plaintiff's expert   4.7 | NC |
| 11/24/15 | Research and draft arguments re: Admissibility of expert | 1.7 |
| 11/24/15 | Attendance and travel time at calendar call hearing   1.0 | NC |
| 11/25/15 | Review of Standard Jury Instructions; Email to Atty Silverstein; R/r email to Atty Silverstein; Edit to Jury Instruction; Draft email to Atty Silverstein; Draft email to Atty de la Cabada; Draft email to Atty Silverstein; R/r email from Keith Silverstein; Draft Email to Atty Silverstein | 2.4 |
| 11/26/15 | R/r of email from Atty Silverstein | .2 |

| 11/27/15 | R/r of Plaintiff's jury instruction; Draft jury instruction; T/c w/ Atty de la Cabada; Made edits to jury instruction | 4.6 |
| 11/29/15 | Research re: Plaintiff's proposed instructions; t/c w/ Atty de la Cabada; R/r email from Atty Silverstein | 2.6 |
| 11/30/15 | Made edits to instructions; Drafted Amended Verdict forms; Mtg w/ Atty de la Cabada re: instructions; T/c w/ Judge; T/c w/ Judge's chambers; T/c w/ Atty Silverstein; Draft 2nd Amended Witness List; texting w/ Atty Silverstein re receipt of deposition transcript of George Henry w/ proposed portions to be admitted into evidence for trial | 6.8 |

**TOTAL HOURS FOR ATTY de Barros 27.9 @ $150 PER HOUR**  **$4,185**

| Date | Description for Paralegal | |
| --- | --- | --- |
| 11/18/15 | Draft notice of deposition; email to Silverstein and court reporter | .4 |
| 11/23/15 | T/c w/ Tod & Johnson to coordinate travel | .2 |
| 11/24/15 | T/c and drafted email to Huffard to coordinate travel; review email from Tod and Huffard | .2 |

**TOTAL HOURS FOR PARALEGAL 0.8 @ $75 PER HOUR**  **$60.00**

**COSTS**

| 11/02/15 | Stephen Halpern (Expert fee for deposition, coenference and prep) | ($2,675) |
| --- | --- | --- |
| 11/18/15 | AT&T Teleconference (6/15/15) | ($62.55) |
| 11/23/15 | Stephen Halpert (Plaintiff's expert fee for deposition) | ($1,625.00) |

**PREVIOUS BALANCE REMAINING IN TRUST**  **$34,263.63**

**TOTAL COSTS INCURRED**  **($4,312.55)**

**TOTAL ATTORNEY FEES OWED**  **($16,245.00)**

**REIMBURSEMENT TO CLIENT** (Plaintiff's reimbursement for expert depo time)  **$875.00**

**AMOUNT REMAINING IN TRUST**  **$14,531.08**

January 7, 2016

**TIME SHEET**

TO:    Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review; NC = no charge

| Date | Description for Attorney de la Cabada | |
|------|---------------------------------------|---|
| 12/01/15 | T/c w/ Judge Huck; r/r email from Atty Ngyugen and Schucher; reviewed law for objections to proposed exhibit list | 3.3 |
| 12/02/15 | Reviewed depo of G. Henry and response to interrogatories and request to produce for admission into evidence at trial; reviewed trial exhibits for Plaintiff and defense; researched law for and drafted motion in limine | 7.2 |
| 12/03/15 | T/c w/ Judge Huck; research reputation evidence re business dealings; reviewed and indexed depos of C. Salow and Serrano; reviewed emails received from C. Salow; reviewed timeline; prep for evidence hearing tomorrow | 9.4 |
| 12/04/15 | Review of Serrano deposition; att and travel to and from pre-trial hearing; t/c w/ G. Henry; t/c w/ D. Todd | 5.5 |
| 12/05/15 | Trial preparation | 7.5 |
| 12/06/15 | Trial preparation | 15.0 |
| 12/07/15 | Trial; trial prep | 14 |
| 12/08/15 | Trial; trial prep | 15 |
| 12/09/15 | Trial | 4.0 |

**TOTAL HOURS FOR ATTY DE LA CABADA 80.9 @ $300 PER HOUR =          $24,270**

| Date | Description for Attorney de Barros | |
|------|------------------------------------|---|
| 12/01/15 | T/c w/ Judge Huck's Office; Email to Judge Huck's Office; R/r Reply from Judge Huck's Office; R/r email from Atty Silverstein; T/c w/ Attorney Silverstein; R/r email from Atty Ngyugen and Schucher; Draft email to Atty Silverstein; R/r email from Atty Silverstein; R/r email from Atty Silverstein; Drafted and filed Witness and Exhibit list; | 2.7 |
| 12/02/15 | R/r Order from Judge Huck; Research re: Hearsay of deceased declarant Review of Plaintiff's amended wit. and exhibit List; T/c w/ Judge Huck's Office; Began Preparing File for Trial;Mtg. w/ paralegal re: visual aids; Mtg. w/ Atty de la Cabada re: witness and exhibit list objections; Draft and file witness and exhibit list objections; Draft Leave to File Motion in Limine; Review of depositions for Mtn in Limine; Research re: Mtn in Limine and hearsay exceptions; Filed Mtn in Limine | 8.1 |

| 12/03/15 | T/c w/ Judge Huck's Office; Updates to Jury Instructions; Edits to Witness & Ex.; T/c w/ Atty Silverstein; File Prep.; Research; Mtg. W/ Atty de la Cabada re: trial strategy; R/r of misc. emails from Atty Silverstein's office; Response to emails from Atty Silverstein's office | 8.0 |
|---|---|---|
| 12/04/15 | Prep for Pre-trial conference; travel and attended Pre-trial conference; Mtg. W/ paralegal re: trial prep; r/r email from Atty Silversteins office; Mtg. W/ Atty de la Cabada | 5.6 |
| 12/05/15 | Created master exhibit binder; Review and Indexed Discovery response from Ceci Salow; Reviewed financials; Reviewed and indexed Offering Memorandum; Draft email to Atty Silverstein; Review of PMD expenditures. | 6.7 |
| 12/06/15 | Research re: Severe Recklessness; Calculated damages; Email to Atty Silverstein; Created FDA classifications summary; Reviewed Summary of Expenses; Reviewed case law | 5.2 |
| 12/07/15 | Travel time and attendance at trial; Research re: Justifiable Reliance, Proximate Causation, and Due Diligence; Drafted Objections to Jury Instructions and 50(b) Mtn for Judgement as a Matter of Law | 8.4 |
| 12/08/15 | Travel time and Attendance Trial; Research re: Motion 50(b); Email to Atty de la Cabada | 7.6 |
| 12/09/15 | Travel time and Attendance at Trial | 4.0 |
| 12/10/15 | Research Re: Offer of Judgment; Email to Atty Silverstein; R/r of email from Atty Silverstein; Response to Email to Atty Silverstein | .6 |

**TOTAL HOURS FOR ATTY de Barros 56.9 @ $150 PER HOUR**     **$8,535**

| Date | Description for Paralegal | |
|---|---|---|
| 11/30/15 | Scan and email depo transcript to Silvestein; email to Ray to coordinate travel for witnesses | .4 |
| 12/03/15 | Filing Motion; email to Silverstein | .3 |
| 12/04/15 | Prep case binders for trial; coordinate production of trial exhibits | 4.9 |

**TOTAL HOURS FOR PARALEGAL 5.6 @ $75 PER HOUR**     **$420.00**

**COSTS**

| 12/03/15 | Brickell Courier (Transcripts to Jdg.) | $18.00 |
|---|---|---|
| 12/06/15 | FedEx Office (Trial exhibits) | $288.87 |
| 12/07/15 | Hotel (Witness expense) | $427.14 |
| 12/07/15 | Court parking (Trial) | $8.53 |
| 12/08/15 | Court parking (Trial) | $8.53 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/08/15 | Witness travel expenses (Airfare) | $141.60 |
| 12/09/15 | Court parking (Trial) | $18.00 |
| 12/11/15 | Witness travel expenses (hotel fee, food, airfare, taxi, shuttle) | $471.02 |
| 12/15/15 | Court reporter (Depo of plaintiffs expert) | $272.50 |
| 12/15/15 | Veritext (Depo Transcripts) | $462.61 |
| 12/15/15 | Harry Dressler (Expert) | $1,750.00 |
| 12/15/16 | LexisNexis (Research) | $42.00 |
| 12/18/15 | Copies (2,367 @ $0.20 per copy) | $473.40 |

**PREVIOUS BALANCE REMAINING IN TRUST**     **$14,531.08**
**TOTAL COSTS INCURRED**     **($4,382.20)**
**TOTAL ATTORNEY & PARALEGAL FEES OWED**     **($33,225.00)**

**AMOUNT OWED**     **($23,076.12)**

February 3, 2016

# **TIME SHEET**

TO:    Estate of George H. Henry

t/c = telephone conference; w/ = with; r/r = receipt and review; NC = no charge

| Date | Description for Attorney de la Cabada | |
|---|---|---|
| 1/06/16 | Email to Atty Silverstein; R/r reply from Atty Silverstein | .1 |
| 1/07/16 | Email to Atty Silverstein; R/r reply from Atty Silverstein | .1 |
| 1/12/16 | Email to Atty Silverstein | .1 |
| 02/03/16 | Review of Motion and Affidavit for Attorney's Fees and Cost | .3 |
| 02/04/16 | R/ email from Atty. Silverstein | .1 |

**TOTAL HOURS FOR ATTY DE LA CABADA 0.7 @ $300 PER HOUR =    $210**

| Date | Description for Attorney de Barros | |
|---|---|---|
| 12/10/15 | Draft email to Atty Silverstein; R/r responses of email to Atty Silverstein | .2 |
| 01/06/16 | R/r emails from Atty SIlverstein | .2 |
| 01/07/16 | R/r emails and case law from Atty Silverstein | .4 |
| 01/13/16 | R/r emails and case law from Atty Silverstein | .5 |
| 01/27/15 | Research and Draft Motion for Attorney's Fees and Cost | 2.6 |
| 01/29/15 | Research and Draft Motion for Attorney's Fees and Cost<br>Mtg. w/ Atty de la Cabada re: Motion for Atty's Fees and Cost | 2.0 |
| 02/02/16 | Made edits to Motion for Attorney's Fees and Cost;<br>Served Atty Silverstein with Draft of Motion Attorney's Fees and Cost | 1.3 |
| 02/04/16 | Drafted email to Atty. Silvertein; R/ email from Silverstein | .2 |

**TOTAL HOURS FOR ATTY de Barros 7.4 @ $150 PER HOUR    $1,110**

| Date | Description for Paralegal | |
|---|---|---|
| 1/29/16 | Review case costs and drafted summary of fees and costs | 2.0 |
| 2/02/16 | Review and organized all copies necessary for case | 1.5 |
| 2/03/16 | Review and organized all exhibits for case | 1.0 |
| 2/04/16 | Draft Bill of Cost; prepare all docs for filing | .8 |

**TOTAL HOURS FOR PARALEGAL 5.3 @ $75 PER HOUR        $397.50**

**COSTS**

| | |
|---|---|
| **PREVIOUS BALANCE REMAINING IN TRUST** | **$0.00** |
| **TOTAL COSTS INCURRED** | **($0.00)** |
| **TOTAL ATTORNEY & PARALEGAL FEES  OWED** | **($1,717.50)** |
| **AMOUNT OWED** | **($1,717.50)** |